IN UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF OHIO
WESTERN DIVISION AT DAYTON

| UNITED STATES OF AMERICA | ) | |
|---|---|---|
| | ) | |
| vs | ) | Case No. 3: 11 CR 0073 |
| | ) | |
| JENNIFER LEE MULLINS | ) | |

## ORDER TERMINATING PREJUDGMENT PROBATION

The above named was placed on prejudgment probation on June 29, 2011, for a period of one (1) year. Based on the recommendation of the U.S. Probation Officer and for good cause shown, it is hereby ordered that the defendant is discharged from prejudgment probation supervision and that the proceedings in this case be terminated.

Sharon L. Ovington
United States Magistrate Judge

1/24/12
Date